

FILED
FEB 8 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>2200 ROYALE RD, #31<br>SACRAMENTO, CALIFORNIA, 95815 | 2:13-SW-0073 EFB<br><br>ORDER RE: REQUEST TO SEAL DOCUMENTS<br><br>UNDER SEAL |

SEALED

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the search warrant in the above-captioned proceeding shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a copy of the search warrant will be left at the scene of the search.

Date: 2-8, 2013

_____
EDMUND F. BRENNAN
United States Magistrate Judge