**FILED**

SEP 4 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>2200 ROYALE ROAD #31<br>SACRAMENTO, CALIFORNIA 95815 | CASE NO. 2:13-SW-0073 EFB<br><br>[PROPOSED] ORDER UNSEALING SEARCH WARRANT AND APPLICATION |

The government's request to unseal the application and search warrant in the above case is GRANTED.

SO ORDERED.

DATED: 9-4-13

_____
HON. EDMUND F. BRENNAN
U.S. Magistrate Judge

[Proposed] Order Unsealing Search Warrant and Application            1